2020 Oct-14 AM 08:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## MSP® Explorer: LMT Process Notes (LMTN)

308 - HOME POINT FINANCIAL CORPORATION

**Loan Number:** 0000561748 **Borrower Name:** OTWELL,JOSHUA BLAKE

```
LMTN 0000561748    ____    LMT PROCESS NOTES R L05 G11/294   10/13/20  08:08:15
JB OTWELL     BRP WITHDRAWN       06/01/16 TYPE F.H.A.                 MAN 0
525 FERN CREEK DR SPRINGVILLE AL 35146
02/19/19 -----------------------* PROCESS NOTES *-----------------------------
02/19/19  11:27:01 RW1  BWR NEVER RETURNED MOD DOCS
                        OUTGOING 773981098090
                        INCOMING 790911702906
02/14/19  16:29:35 RW1  LOSS MIT OPTION FAILURE
02/14/19  16:29:24 RW1  BWR NEVER RETURNED MOD DOCS. LOAN WILL BE DENEIED
12/14/18  11:55:32 JJ0  MOD DOCS HAVE BEEN MAILED OUT. OPENED SPOC TASK TO
                         ADVISE BRW TO SIGN AND RETURN MOD DOCS IMMEDIATEL
                        Y. ALSO ADVISE THAT BRW IS TO CONTINUE MAKING TRIA
                        L PMTS IN THE TRIAL AMOUNT UNTIL THE MOD IS FINALI
                        ZED. DOCS MUST BE SIGNED IN BLACK INK AND NOTARIZE
                        D. DUE BACK BY 12/29/2018
12/14/18  11:55:16 JJ0  MOD DOCS MAILED - DUE BACK IN 15 DAYS
12/10/18  13:37:09 JJ0  MOD DOCS HAVE BEEN ORDERED. OPENED SPOC TASK TO AD
                        VISE BWR MOD DOC PREP IN PROCESS.
12/10/18  13:36:49 JJ0  MOD DOCS ORDERED
12/04/18  16:21:41 JJ0  CONFIRMED PLAN COMPLETED
09/18/18  12:30:40 TH2  SIGNED TRIAL PLAN RECEIVED
```