# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JOSHUA OTWELL, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| **v.** ] | **4:19-cv-01120-ACA** |
| ] | |
| **HOME POINT FINANCIAL CORP.,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER AND PARTIAL JUDGMENT

Consistent with the accompanying opinion, the court **GRANTS IN PART** and **DENIES IN PART** Defendant Home Point Financial Corporation's ("Home Point") motion for summary judgment.

The court **ENTERS SUMMARY JUDGMENT** in favor of Home Point and against Plaintiffs Joshua Otwell and Danna Danna Lee Otwell as to: (1) the parts of Count One seeking emotional distress and statutory damages; (2) the part of Count Two seeking emotional distress damages; and (3) the entirety of Count Five.

The court **DENIES** the motion for summary judgment as to: (1) the part of Count One seeking pecuniary damages; and (2) the parts of Count Two seeking pecuniary and statutory damages.  Those claims will proceed.

**DONE** and **ORDERED** this February 9, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE