# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JOSHUA OTWELL, et. al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Case No.: 4:19-cv-1120-ACA** |
| ) | |
| **HOME POINT FINANCIAL** ) | |
| **CORP.,** ) | |
| ) | |
| Defendant. ) | |

## CONSENT AND WAIVER

Plaintiffs, Joshua Otwell and Danna Lee Otwell hereby consent to having a jury drawn from the Central/Southern jury area to hear the above styled and numbered action and consent to have this cause tried in the U.S. Courthouse, Birmingham, Alabama. We are aware of and expressly WAIVE any right we may have under the jury plan for the U.S. District Court for the Northern District of Alabama to have this cause tried in Middle jury area and having a jury drawn from the Middle jury area.

Respectfully Submitted,

/s/ M. Stan Herring
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
**Watts & Herring, LLC**

        The Kress Building
        301 19th Street North
        Birmingham, Alabama 35203
        (205) 879-2447
        (888) 522-7167 *facsimile*
        john@wattsherring.com
        stan@wattsherring.com
        **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy P. Pittman
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, Alabama 35801

        /s/ M. Stan Herring
        OF COUNSEL