# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **JOSHUA OTWELL, et al.,** | ] | |
| **Plaintiffs,** | ] | |
| v. | ] | **4:19-cv-01120-ACA** |
| **HOME POINT FINANCIAL CORP.,** | ] | |
| **Defendant.** | ] | |

## AMENDED PARTIAL JUDGMENT

Consistent with the accompanying order, the court **ENTERS SUMMARY JUDGMENT** in favor of Defendant Home Point Financial Corporation and against Plaintiffs Joshua Otwell and Danna Danna Lee Otwell as to: (1) the part of Count One seeking statutory damages and (2) Count Five.

The remaining claims will proceed.

**DONE** and **ORDERED** this April 23, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE