FILED
2021 Jul-02  AM 11:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **JOSHUA OTWELL, et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.: 4:19-cv-01120-ACA** |
| | } | |
| **HOME POINT FINANCIAL CORP.,** | } | |
| | } | |
| | } | |
| **Defendant.** | } | |

## MEDIATION ORDER

This case is appropriate for mediation pursuant to Section IV of the court's Alternative Dispute Resolution Plan (the "Plan"). The mediation shall be completed **on or before July 30, 2021**. The court **DIRECTS** the Clerk of Court to randomly select a magistrate judge to whom this case should be referred.

Within **seven days** following mediation, the parties shall file a report with court informing the court only that a settlement was reached or that mediation was conducted and the parties were unable to settle their claims.

Counsel and the parties shall endeavor in good faith to resolve the case through mediation. Each party who is a natural person must be present during the entire mediation. Each party that is not a natural person must be represented at the mediation by a principal, partner, officer, or official with full authority to negotiate

a settlement.  If one or more insurance companies are necessary to a settlement of the case, a representative from each insurance company with authority to negotiate a settlement shall be present in person during the entire mediation.

This order does not operate as a stay of the proceedings and does not delay any deadlines established in the court's orders entered March 9, 2021, and June 25, 2021.

**DONE** and **ORDERED** this July 2, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE