FILED

2021 Sep-27  PM 02:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

JOSHUA OTWELL
and DANNA LEE OTWELL,

     Plaintiffs,

vs.

HOME POINT FINANCIAL CORP.,

     Defendant.

Case No. 4:19-cv-01120-ACA

**STIPULATION OF DISMISSAL**

     COME NOW, Joshua Otwell, Danna Lee Otwell, and Home Point Financial

Corporation, and hereby stipulate to the dismissal of this action, with prejudice,

pursuant to Fed. R. Civ. P. 41(a)(a)(ii).

     This 27th day of September, 2021.

                  */s/ Bret J. Chaness*
                  Timothy P. Pittman (ASB-0075-I51P)
                  Bret J. Chaness (*pro hac vice*)
                  **RUBIN LUBLIN, LLC**
                  3145 Avalon Ridge Place, Suite 100
                  Peachtree Corners, GA 30071
                  Tel:   (678) 281-2730
                  Fax:  (470) 508-9203
                  tpittman@rlselaw.com
                  bchaness@rlselaw.com
                  *Attorneys for Home Point*

*/s/ M. Stan Herring*
John G. Watts (ASB-5819-t82j)
M. Stan Herring (ASB-1074-n72m)
**Watts & Herring, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiffs**

2